**SO ORDERED.**

**DONE and SIGNED May 27, 2014.**



*Stephen V. Callaway*
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: ROBERT DALE BROWN          CASE NO. 14-10568
                                  CHAPTER 13

### O R D E R

Upon considering the Motion for Relief of HARLEY-DAVIDSON CREDIT CORPORATION, the hearing scheduled for May 21, 2014 and applicable law,

**IT IS ORDERED** that the automatic stay is hereby lifted insofar as the following described property is affected thereby, whether the case is converted to another Chapter of Title 11 of the United States Code, to-wit:

2008 HARLEY-DAVIDSON XL1200C, VIN: 1HD1CT3448K407779

**IT IS FURTHER ORDERED** that the fourteen (14) day stay of an order lifting stay provided by Bankruptcy Rule 4001(a)(3) is hereby dispensed with and waived.

**IT IS FURTHER ORDERED** that any order remain in effect regardless of conversion to another Chapter;

**IT IS FURTHER ORDERED** that the order of relief entered directs the Trustee to not make any further payments on the secured claim after entry of the order;

**IT IS FURTHER ORDERED** that Creditor's right to file an amended unsecured claim for any deficiency is reserved;

**IT IS FURTHER ORDERED** that Mover is granted attorney's fees and costs in conjunction with the filing of this Motion.

The entity submitting this order represents to the Court that the underlying motion is filed and served in conformity with the local rules, that no pleading or response has been filed in opposition thereto, and that the relief to be granted by this order is consistent with the relief prayed for in the motion.

###

This order was prepared and is being submitted by:

DEAN MORRIS, L.L.P.

By: /s/ David W. Hugenbruch
    Attorney for HARLEY-DAVIDSON CREDIT CORPORATION
    Bar Number 33897
    1820 Avenue of America
    P. O. Box 15270
    Monroe, LA  71207-5270
    (318) 388-l440